UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✘) |
|---|---|---|
| TELEPHONE ( ) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL     (✘) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Wednesday, July 2, 2008 @ 10:30 a.m.

CASE NUMBER:  3:CV-08-573

CAPTION:   Yap v. Chen

COUNSEL FOR PLAINTIFF:        Tullio DeLuca, Esquire

COUNSEL FOR  DEFENDANT:       Gaetano Mercogliano, Esquire
William Corcoran, Esquire

CONFERENCE RESULTS:

- Plaintiff to advise if rental company is to be let out;
- Defendant driver did contract for insurance when leasing the vehicle;
- Defendant to advise plaintiff of the amount of insurance coverage;
- Strong case that defendant may admit liability;
- Problem is that plaintiff is a resident of Singapore;
- Case is one for mandatory mediation.  Mediator is Richard Fine who is to be served with this report;
- Case could be ready for mediation by the end of September 2008.